FILED
Western District of Washington
at Seattle

MAR 17 2011

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

HON. KAREN A. OVERSTREET
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In Re: | ) | No. 11-11037-KAO |
|---|---|---|
| | ) | |
| DAVID ALAN HEAD and | ) | NOTICE OF APPEARANCE AND |
| LISA MARIE HEAD, | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | |
| Debtors. | ) | |

| TO: | David Alan Head and Lisa Marie Head, Debtors; |
|---|---|
| AND TO: | Kenneth J. Schneider, Counsel for the Debtors; |
| AND TO: | K. Michael Fitzgerald, Trustee; |
| AND TO: | U.S. Trustee; |
| AND TO: | Clerk of the Court; |
| AND TO: | Other Parties in Interest |

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 2002 and 9010(b) and Bankruptcy Code Section 102(1), TED WHEELER and EWA WHEELER, a **"Creditor"** of the Debtors, hereby enters his appearance, and respectively requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following (in addition to any other addresses listed for said Creditor) and that the following be included on the Special Notice List and Master Mailing List:

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE - 1

Ted and Ewa Wheeler
PO Box 912
Mukilteo, WA 98275
Facsimile: 425-353-7907
E-mail: EWCIK2@FRONTIER.COM

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes without limitation orders and notices of any application, motion, petition, pleadings, requests, complaint, or demand, whether formal or informal, and whether transmitted or conveyed by mail, delivery, facsimile, electronic case file, or otherwise, which affect or seek to affect in any way any rights or interest of the Debtors in this case or of the above-named Creditor.

THIS REQUEST FOR NOTICE is in addition to, and not in lieu of, any notice to which the above-named Creditor and party in interest is otherwise entitled to receive. Specifically, this notice is in no way to be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

DATED this 14 day of March, 2011.

CREDITOR:

_____
Ted Wheeler

_____
Ewa Wheeler

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE - 2